## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## PRAECIPE TO WITHDRAW AND SUBSTITUTE

Effective January 12, 2024, I will no longer be associated with the law firm of KML Law Group, P.C. Kindly withdraw my appearance on the matters in Exhibit "A" and substitute Mark Cronin, Esq., of KML Law Group, P.C. in my place.

Respectfully submitted,

KML Law Group, P.C.

Dated: January 12, 2024

By: **/s/ Brian C. Nicholas**
Brian C. Nicholas, Esquire
KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532

Kindly enter my appearance on the matters listed in Exhibit "A" in place of Brian C. Nicholas. Esq.

Dated: January 12, 2024

Respectfully submitted,

KML Law Group, P.C.

By: **/s/ Mark Cronin**
Mark Cronin, Esquire
KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532