## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### PRAECIPE TO WITHDRAW AND SUBSTITUTE

Effective March 15, 2024, I will no longer be associated with the law firm of KML Law Group, P.C.  Kindly withdraw my appearance on the matters in Exhibit "A" and substitute Denise Carlon, Esq., of KML Law Group, P.C. in my place.

Respectfully submitted,

KML Law Group, P.C.

Dated: 3/14/2024

By: ___/s/Mark Cronin, Esq._____
Mark Cronin, Esquire
KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532

Kindly enter my appearance on the matters listed in Exhibit "A" in place of Denise Carlon, Esq.

Respectfully submitted,

Dated: 3/14/2024

KML Law Group, P.C.

By: ___/s/Denise Carlon, Esq._____
Denise Carlon, Esquire
KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532