Certificate Number: 16339-PAE-DE-038801731

Bankruptcy Case Number: 19-14451



16339-PAE-DE-038801731

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 25, 2024</u>, at <u>6:41</u> o'clock <u>PM EDT</u>, <u>Mayank Patel</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   August 25, 2024            By:   /s/Kelley Tipton

                                   Name: Kelley Tipton

                                   Title: Certified Financial Counselor