Certificate Number: 16339-PAE-DE-038801732

Bankruptcy Case Number: 19-14451



16339-PAE-DE-038801732

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 25, 2024</u>, at <u>6:41</u> o'clock <u>PM EDT</u>, <u>Dhvani Patel</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  August 25, 2024      By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor