#### UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 19-14451-amc |
| MAYANK PATEL and<br>DHVANI PATEL,<br>       Debtors | Chapter 13 |

### NOTICE UNDER BANKRUPTCY RULE 3002.1(g)

CRF Small Business Loan Company, LLC, a Delaware limited liability company, hereby states that it was paid in full, the Debtors have completed all payments under the Plan, and no outstanding balance remain.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

/s/Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
601 Grant Street
9th Floor
Pittsburgh, PA 15219
(412) 456-8112

*Counsel for CRF Small Business Loan Company, LLC*

1