United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14451-amc |
| Mayank Patel | Chapter 13 |
| Dhvani Patel | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 06, 2024 | Form ID: 138OBJ | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mayank Patel, Dhvani Patel, 90 Lilly Drive, Feasterville, PA 19053-6759 |
| 14645993 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14390402 | #+ | CRF Small Business Loan Company, LLC, Anastasi Jellum, Attn: Lindsay W. Cremona, 14985 60th Street North, Stillwater, MN 55082-6326 |
| 14378701 | + | Capital 94, LLC, Brian P. Hall, 1230 Peachtree Street NE, Suite 3100, Atlanta, GA 30309-3550 |
| 14364384 | + | Capital 95, 12735 Gran Bay Parkway, Suite 150, Jacksonville, FL 32258-4889 |
| 14364385 | + | Chaitanya Patel, 2 Daytin Drive, Apt. 5B, Edison, NJ 08820-3409 |
| 14364392 | + | Community Reinvestment Fund, Inc., PO Box 86, Minneapolis, MN 55486-0086 |
| 14381364 | + | Discover, c/o Ronald S. Gellert, 1201 N. Orange St.,, Suite 300, Wilmington, DE 19801-1167 |
| 14364396 | + | Enough Sub Corp., 3371 US Highway 1, Lawrence Township, NJ 08648-1375 |
| 14558485 | + | FREEDOM MORTGAGE CORPORATION, c/o Rebecca Solarz,Esq, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14364399 | + | Federal Reality Investment Trust, 626 E. Jefferson Street, Rockville, MD 20852-1138 |
| 14422459 | + | Federal Realty Investment Trust, c/o Stark & Stark, P.C., Attn: Marshall T. Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 14364400 | + | Finest Subs, LLC, 1203 Nixon Drive, Moorestown, NJ 08057-3265 |
| 14369747 | | Freedom Mortgage Corporation, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14646583 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Esq., 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14364403 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14364407 | + | Richard Rivera, Esq., 50 N. Laura Street, Suite 2600, Jacksonville, FL 32202-3629 |
| 14364408 | + | SBA, 900 Market Street, 5th Floor, Philadelphia, PA 19107-4214 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 07 2024 02:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 07 2024 02:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14381150 | | Email/PDF: bncnotices@becket-lee.com | Sep 07 2024 03:34:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14364382 | + | Email/PDF: bncnotices@becket-lee.com | Sep 07 2024 03:11:26 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14364383 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 07 2024 02:43:00 | Bank Of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 14384169 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 07 2024 02:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14364389 | | Email/Text: megan.harper@phila.gov | | |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Sep 07 2024 02:43:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14364390 | | Email/Text: megan.harper@phila.gov | Sep 07 2024 02:43:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14364386 | + | Email/Text: ecf@ccpclaw.com | Sep 07 2024 02:43:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14364388 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2024 03:35:31 | Citibank, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14364391 | + | Email/Text: bankruptcy@philapark.org | Sep 07 2024 02:44:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14364393 | + | Email/Text: BKPT@cfna.com | Sep 07 2024 02:43:00 | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14364394 | | Email/Text: mrdiscen@discover.com | Sep 07 2024 02:43:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 14370623 | | Email/Text: mrdiscen@discover.com | Sep 07 2024 02:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14364395 | + | Email/Text: dplbk@discover.com | Sep 07 2024 02:43:00 | Discover Personal Loan, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14366693 | + | Email/Text: dplbk@discover.com | Sep 07 2024 02:43:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14364397 | | Email/Text: bankruptcycourts@equifax.com | Sep 07 2024 02:43:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14364398 | ^ | MEBN | Sep 07 2024 02:16:45 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14558403 | ^ | MEBN | Sep 07 2024 02:17:01 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14645994 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 07 2024 02:43:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14364401 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 07 2024 02:43:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, PO Box 50428, Indianapolis, IN 46250-0401 |
| 14392956 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 07 2024 02:43:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Building 4, Fishers, In 46037-7939 |
| 14364402 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 07 2024 02:43:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14388061 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2024 03:11:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14364405 | ^ | MEBN | Sep 07 2024 02:16:56 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14364404 | | Email/Text: bankruptcygroup@peco-energy.com | Sep 07 2024 02:43:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14364406 | + | Email/Text: bankruptcy@philapark.org | Sep 07 2024 02:44:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14364409 | | Email/Text: bankruptcy@td.com | Sep 07 2024 02:43:00 | TD Bank, N.A., 32 Chestnut Street, PO Box 1377, Lewiston, ME 04243 |
| 14364410 | | Email/Text: DASPUBREC@transunion.com | Sep 07 2024 02:43:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14377117 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Sep 07 2024 02:43:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

Case 19-14451-amc    Doc 80    Filed 09/08/24    Entered 09/09/24 00:34:52    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 06, 2024 | Form ID: 138OBJ | Total Noticed: 49 |

| 14364411 | + | Email/Text: vci.bkcy@vwcredit.com | Sep 07 2024 02:43:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, PO Box 3, Hillboro, OR 97123-0003 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14364387 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14369892 | * | Freedom Mortgage Corporation, c/o Robert J. Davidow, Esq.,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2024          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2024 at the address(es) listed below:

**Name** | **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

JEROME B. BLANK
    on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com  mmorris@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
    on behalf of Creditor VW Credit  Inc. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KERI P EBECK
    on behalf of Creditor CRF SMALL BUSINESS LOAN COMPANY  LLC kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MARIO J. HANYON
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MARSHALL T KIZNER
    on behalf of Creditor Federal Realty Investment Trust mkizner@stark-stark.com

MICHAEL A. CATALDO
    on behalf of Defendant Dhvani Patel mcataldo@gsbblaw.com bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com

MICHAEL A. CIBIK
    on behalf of Joint Debtor Dhvani Patel help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 06, 2024 | Form ID: 138OBJ | Total Noticed: 49 |

MICHAEL A. CIBIK
    m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

    on behalf of Debtor Mayank Patel help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
    m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

ROBERT J. DAVIDOW
    on behalf of Creditor Freedom Mortgage Corporation robert.davidow@phelanhallinan.com

RONALD S. GELLERT
    on behalf of Creditor Discover rgellert@gsbblaw.com abrown@gsbblaw.com

RONALD S. GELLERT
    on behalf of Plaintiff DISCOVER BANK rgellert@gsbblaw.com abrown@gsbblaw.com

THOMAS SONG
    on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 16

*Form 138OBJ* (6/24)−doc 79 − 67

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Mayank Patel  )  Case No. 19−14451−amc
 )
 )
   Dhvani Patel  )  Chapter: 13
 )
   Debtor(s).  )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 6, 2024      For The Court

    Timothy B. McGrath
    Clerk of Court